No. 657 (October Term, 1932). FEDERAL RADIO COMM'N *v.* NELSON BROTHERS BOND & MORTGAGE Co. (STATION WIBO);

No. 658 (October Term, 1932). FEDERAL RADIO COMM'N *v.* NORTH SHORE CHURCH (STATION WPCC);

No. 659 (October Term, 1932). FEDERAL RADIO COMM'N ET AL. *v.* NELSON BROTHERS BOND & MORTGAGE Co. (STATION WIBO); and

No. 660 (October Term, 1932). FEDERAL RADIO COMM'N ET AL. *v.* NORTH SHORE CHURCH (STATION WPCC). May 28, 1934. Motions for leave to file petition for rehearing out of time; for leave to file cross petition for writs of certiorari; for leave to appoint and refer causes to special master; for rule on Federal Radio Commission to show cause why it took appeals; to vacate mandates prematurely issued; for temporary injunction restraining Johnson-Kennedy Corporation (Station WJKS) from using 560 KC; and for rule on Clerk of this Court

614

to show cause why he refuses to enter appearance of August Swarz in these cases, submitted by *Mr. August Swarz,* and motions denied. See 289 U.S. 266.